[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 22, 2010
JOHN LEY
CLERK

No. 10-10738
Non-Argument Calendar
_____

D.C. Docket No. 3:97-cr-00314-HES-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLAUDE N. HAROLD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 22, 2010)

Before BARKETT, HULL and FAY, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, appointed counsel for Claude N. Harold in this appeal

from the revocation of Harold's supervised release and subsequent imposition of

an 11-month sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Harold's supervised release and his sentence are **AFFIRMED**.